IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:26-cv-00183-RBJ

IAN SANCHEZ ALARCON,

     Petitioner,

v.

KRISTI NOEM,
PAMELA BONDI,
ROBERT HAGAN, and
JUAN BALTAZAR, in their official capacities,

     Respondents.

_____

## FINAL JUDGMENT

_____

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 12] of Senior United States District Judge R. Brooke Jackson entered on February 17, 2026, it is

ORDERED that Ian Sanchez Alarcon's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED.  It is further

ORDERED that the Petitioner is awarded his costs and reasonable attorneys' fees pursuant to D.C.COLO.LCivR 54.1.  It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 19th day of March, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
                    Deputy Clerk